McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL SALAZAR, et. al.,<br><br>Defendants. | 1:06-CR-0185 AWI<br><br>ORDER RE: GOVERNMENT'S NOTICE OF RELATED CASE |
| In Re Government's Application for Authorization to Intercept Wire Communications | 1:05-SW-302 OWW |

    The Government has noticed the Court that above-entitled case arises from a wire investigation authorized by the Honorable Oliver W. Wanger on October 1, 2005, in 1:05-SW-302 OWW. It is a the policy of this district that criminal charges "which arise from the evidence obtained via [a] wiretap...will be directly assigned to the same judge who was assigned the wiretap action." See Memorandum re: Procedures for Handling Wiretaps from Keith Holland, Court Services Supervisor, U.S.D.C., dated April 3, 1996. The government's request for reassignment is also consistent with the Related Case rule set forth in Rule 123 of the Local Rules of the United States District Court for the Eastern District of California, which provides for reassignment of a related case when "both actions involve the same property, transaction or event." Rule 123.

1 | Given that the above-captioned indictment arose out of a wiretap investigation, 1:05-SW-302 OWW, filed on October 1, 2005,

IT IS HEREBY ORDERED THAT the above-entitled case be transferred to the Honorable Oliver W. Wanger and in all further pleadings shall be referenced as 1:06-CR-0185 OWW.

IT IS SO ORDERED.

**Dated:   June 13, 2006**
0m8i78
　　　　　　　　　　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE