# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 2 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>RAUL SERRANO SALAZAR )<br> ) | Case No.<br>06-0185 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Raul Serrano Salazar, have discussed with Kimberly M. Dalton, Supervisory Pretrial Officer, modifications of my release conditions as follows:

The order for participation in a program of medical or psychiatric treatment including treatment for alcohol or drug dependency as approved by Pretrial Services, be vacated.

All other previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2/12/07        _____  2/12/07
Signature of Defendant    Date            Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  2/23/07
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  2/12/07
Signature of Defense Counsel             Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on 3/1/2007.
[ ] The above modification of conditions of release is *not* ordered.

_____                  2/27/2007
Signature of Judicial Officer            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services