RUBEN A. VILLALOBOS
SBN 197677
LAW OFFICE OF RUBEN A. VILLALOBOS
900 "G" Street, Suite 300
Modesto, California 95354
Telephone (209) 529-1112

Attorney for Defendant
RAUL SALAZAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff.<br><br>vs.<br><br>RAUL SALAZAR,<br><br>        Defendant. | No.  06-185 LJO<br><br>STIPULATION AND ORDER TO EXTEND THE SURRENDER DATE FOR DEFENDANT RAUL SALAZAR |

IT IS HEREBY STIPULATED by and between defendant RAUL SALAZAR, through his attorney, RUBEN A. VILLALOBOS, respectively, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KATHLEEN A. SERVATIUS, stipulate and agree to the following:

1.    The presently scheduled surrender date of July 26, 2007, at 2:00 p.m., shall be vacated for the above defendant and be rescheduled for the above defendant to surrender on August 23, 2007, at 2:00 p.m.

2.    The reason for the requested extension of the surrender date is that after speaking with Ms. Suzanne Perry from the United States Marshall's Office, they received Mr. Salazar's paper work on July 20, 2007, and then forwarded the paper work to the Bureau of Prisons on July 23, 2007.

3. To date, the Bureau of Prisons has "no prison designation" for Mr. Salazar. At a minimum it will take a minimum of 3 weeks to designate a prison.

Dated:  July 26, 2007                                            /s/ Ruben A. Villalobos
_____
RUBEN A. VILLALOBOS
Attorney at Law

Dated:  July 26, 2007                                            /s/ Kathleen A. Servatius
_____
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 26, 2007 at 2:00 p.m., surrender date be vacated and an extension to surrender to August 23, 2007, at 2:00 p.m., for defendant, Raul Salazar. The Court finds that the ends of justice to be served by granting an extension to surrender outweigh and the best interests of the defendant to be able to surrender to the designated prison assigned by the Bureau of Prisons.

Dated: August 15, 2007                                           /s/ Lawrence J. O'Neill
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE