RUBEN A. VILLALOBOS
SBN 197677
LAW OFFICE OF RUBEN A. VILLALOBOS
900 "G" Street, Suite 300
Modesto, California 95354
Telephone (209) 529-1112

Attorney for Defendant

RAUL SALAZAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff.<br><br>vs.<br><br>RAUL SALAZAR,<br><br>　　　　　Defendant. | No.  06-185 LJO<br><br>STIPULATION TO RELEASE PROPERTY BOND |

　　　Defendant RAUL SALAZAR, through his attorney, RUBEN A. VILLALOBOS, respectively, and Plaintiff United States of America, through its counsel of record, Assistant United States Attorney KATHLEEN A. SERVATIUS for the Eastern District of California, hereby stipulate that the property owned by Marcia Salazar currently posted as property bond on Raul Salazar's behalf be released and reconveyed.

　　　On May16, 2006, Maria S. Salazar, a married woman as her sole and separate property, recorded and executed Deed of trust (short form) in Stanislaus County for the property known as: 2028 Boulder Creek, Modesto, California 95351, for bail purposes in the name of the United States District Court Clerk for Defendant, Raul Salazar.

On August 23, 2007, Defendant, Raul Salazar, was remanded into custody and has been in custody serving sentence since that time. At this time, request is hereby made that the following property be reconveyed as follows:

    Maria S. Salazar, a married woman as her sole and separate property, the property commonly known as 2028 Boulder Creek, Modesto, California 95351.

Dated: September 5, 2007      /s/ Ruben A. Villalobos

    _____
    RUBEN A. VILLALOBOS
    Attorney for Defendant
    Raul Salazar

## ORDER

IT IS HEREBY ORDERED that the following property be reconveyed, Maria S. Salazar, a married woman as her sole and separate property , the property commonly known as, 2028 Boulder Creek, Modesto, California 95351. The United States Attorney's Office (AUSA Servatius) has indicated no objection.

IT IS SO ORDERED.

**Dated:   September 6, 2007**      /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE